WARREN VURL JOHNSON
warrenvjohnson@gmail.com
2406 Alabama Street
Unit 7C
Lawrence, KS 66046
Plaintiff/Attorney *pro se*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EARLY WARNING SERVICES, LLC | Case No.: CV24-01587-PHX-SMB |
| Plaintiffs, | |
| v. | **DEFENDANT WARREN VURL JOHNSON'S AMENDED NOTICE OF APPEAL** |
| MR. WARREN V. JOHNSON; BRANDON O'LOUGHLIN; P.A.Z.E., LLC | |
| Defendants. | |

AMENDED NOTICE OF APPEAL

Notice is hereby given that Defendant Warren Vurl Johnson, *pro se*, appeals to the United States Court of Appeals for the Ninth Circuit from the following orders entered by the District Court:

1. The Order entered on September 24, 2025 (Doc. 243), adopting search protocols and imposing coercive monetary sanctions of $1,000 per day.

2. The Order entered on January 27, 2026 (Doc. 335), which finalized the award of $5,000 in attorneys' fees as sanctions and denied Defendant's Motion to Strike the Gibby Declaration.

- 1 -

Defendant appeals the January 27, 2026, Order in its entirety, including the underlying finding of sanctionable conduct, the legal basis for the award, and the court's reliance on declarations that Defendant contends contain material misrepresentations.

Respectfully submitted this __2_ day of February, 2025.

   /s/Warren V Johnson

Warren V. Johnson
215 E 18th St.
Lawrence, KS 66044
208.317.1686
warrenvjohnson@gmail.com

**Certificate of Service**

I, Warren V. Johnson, hereby certify that on February 2, 2026, I electronically filed the foregoing DEFENDANT WARREN VURL JOHNSON'S AMENDED NOTICE OF APPEAL using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

/s/Warren V Johnson/

Warren Johnson
215 E 18th St
Lawrence, KS 66044
warrenvjohnson@gmail.com