UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 23 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EARLY WARNING SERVICES, LLC,<br><br>          Plaintiff-ctr-defendant -<br>Appellee,<br><br>  v.<br><br>BRANDON O'LOUGHLIN and P.A.Z.E.<br>LLC,<br><br>          Defendants,<br><br>WARREN JOHNSON,<br><br>          Defendant-ctr-claimant -<br>Appellant,<br><br>SARA STADLER,<br><br>          Counter-defendant. | No. 25-6052<br><br>D.C. No.<br>2:24-cv-01587-SMB<br>District of Arizona,<br>Phoenix<br><br>ORDER |

Before: OWENS, MILLER and BUMATAY, Circuit Judges.

The motion (Docket Entry Nos. 8 and 9) to file under seal the affidavit in support of the motion to proceed in forma pauperis and supporting exhibits is granted. The clerk will file publicly the motion to seal (Docket Entry Nos. 8-1, 9-1). The clerk will maintain under seal the affidavit in support of the motion to proceed in forma pauperis and the supporting exhibits (Docket Entry Nos. 8-2, 9-2, 9-3).

The motion (Docket Entry No. 8) to proceed in forma pauperis is granted.

The motion (Docket Entry No. 12) to dismiss this appeal for lack of jurisdiction is denied without prejudice to renewing the arguments in the answering brief. *See Nat'l Indus. v. Republic Nat'l Life Ins. Co.*, 677 F.2d 1258, 1262 (9th Cir. 1982) (merits panel may consider appellate jurisdiction despite earlier denial of motion to dismiss).

The opening brief is due April 24, 2026. The answering brief is due May 26, 2026. The optional reply brief is due 21 days after the answering brief is served.

Appellant is not required to submit excerpts of record. If appellant does not submit excerpts, appellee must submit all documents cited in the pro se opening brief or otherwise required by the rules. *See* 9th Cir. R. 30-1.